# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2013
LT Case No. 2022-DP-024

_____

R.F., Father of G.F., a Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Ana Gomez-Mallada, Fort Lauderdale, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Blake Lynne Bruce, of Defending Best Interests Project,
Alexandria, Virginia, and Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Amanda Victoria Glass, Senior
Attorney, of Statewide Guardian ad Litem Office, Tallahassee,
for Guardian ad Litem o/b/o G.F.

November 14, 2023


PER CURIAM.

AFFIRMED.

HARRIS, SOUD, and PRATT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————